THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Flesch, David, }
    Debtor(s) }
 }
 } Bankruptcy Case No: 07-12368-MAM
CitiMortgage, Inc., }
    Movant. }
 }
 }
_____ }
Name of Creditor or Claimant, if Different from Movant

**FACT SUMMARY FOR MOTION FOR RELIEF FROM AUTOMATIC STAY
TO FORECLOSE SECURITY AND LEASEHOLD INTERESTS
IN CHAPTER 7 AND CHAPTER 13 CASES**

Date and Type of Loan/Credit Transaction:   7/26/02   and   Mortgage
Type of Collateral:   Real Property   Monthly Payment:   $1,766.19
Amount Financed:   $168,300.00   APR or Interest Rate:   6.50%
Term of Loan:        Months or   30   Years
Payoff Amount:   $190,096.38   As of _____
Value of Collateral:      Method of Valuation:  Appraisal/BPO

Delinquent Pre-Petition Payments:
    What Month(s)? _____
    Amount: _____
    Claim Filed: ____ Yes or ____ No
    Date Claim Filed: _____

Delinquent Post-Petition Payments:
    What Month(s)?   November, 2007 - December, 2007
    Amount:   $3,532.38
    Claim Filed: ____ Yes or ____ No
    Date Claim Filed: _____
    Other Charges & Costs (itemize) Accrued Late Charges - $170.43; Escrow Advance - $3,103.56; Bankruptcy Attorney Fees - $450.00; Bankruptcy Filing Fees - $150.00

Amount & Number of Post-Petition Payments Received: _____ and _____
Amount held in Suspense:  $1,641.66

If Lease, Lease Expiration Date: _____
If Terminated, Lease Termination Date: _____

Does Creditor have Proof of Insurance in force: ____ Yes ____ No  X  Unknown

Prior Stay Order(s) Involving Movant including Current Case: ____ Yes ____ No
    If yes, give case number(s) and date(s) of order(s)
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____

Date: 12/27/07  Submitted by: _____
                      (Signature)

# CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing Fact Summary for Motion for Relief from the Automatic Stay was mailed, first class postage prepaid or served via electronic case management to:

| | | |
|---|---|---|
| Alexander P. Almond, III, Esq. | David Flesch | John C. McAleer, III |
| 851 East I-65 Service Road South | P. O. Box 1216 | P. O. Box 1884 |
| Suite 508 | Dauphin Island, AL 36528-1216 | Mobile, AL 36633 |
| Mobile, AL 36606 | | |

Kimberly Davis
P. O. Box 1216
Dauphin Island, AL 36528-1216

On this the 27th day of December, 2007.

/s/ John M. Hunter
OF COUNSEL