STATE OF Maryland          )

COUNTY OF Frederick        )

## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared Ann Marie Baker who is known to me and after being by me first duly sworn, deposes and says the following:

My individual responsibility is to administer CitiMortgage, Inc. mortgage loans in bankruptcy. Specifically, this includes monitoring loan payments. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. My personal knowledge of this mortgage loan shows the following:

| | | |
|---|---|---|
| 1. | Loan No: | 624982831 |
| 2. | Debtor: | David Flesch |
| 3. | Bankruptcy Case No: | 07-12368-MAM-13 |
| 4. | Property Description: | 301 Chenault Ave., Dauphin Island, AL 36528 |
| 5. | Net Principal Balance as of 12/27/2007 | 178,442.06 |
| 6. | Value of Collateral | 267,800.00 |
| 7. | Estimated Pay-off Amount | 190,096.38 |
| 8. | Delinquent Status as of 12/27/2007 | Due for payment |
| | 2 payments of 1,766.19 each for Nov 1, 2007 through Dec 1, 2007 | 3,532.38 |

| | |
|---|---|
| Accrued Late Charges | 170.43 |
| Escrow Advance | 3,103.56 |
| Less Suspense Balance | -1,365.81 |
| Other | -275.85 |
| Bankruptcy Attorney Fees for MFR | 450.00 |
| Bankruptcy Filing Fees for MFR | 150.00 |
| Total Post-petition Mortgage Arrearage | $5,764.71 |

The facts stated herein are true. In verification of the same, I subscribed my signature hereto.

Sworn to and subscribed before me on this the 10th day of January, 2008.

_Ann Marie Baker_
Affiant

Sworn to and subscribed before me on this the 10 day of January, 2008.

_Christina Crampton_
Notary Public
My Commission Expires: 01/01/10

CHRISTINA L. CRAMPTON
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires January 1, 2010