UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

DAVID FLESCH,                               CASE NO.: 07-12368-MAM-13

   Debtor(s).

**ORDER ON MOTION FOR RELIEF**

This case came before the Court on the motion of CitiMortgage Inc. ("CitiMortgage") for relief from the automatic stay as it pertains to certain real property commonly known as 301 Chenault Ave., Dauphin Island, AL 36528 ("Real Property"). Appearances were as noted in the record. Based upon the evidence presented, CitiMortgage's Motion for Relief from Stay is CONDITIONALLY DENIED upon the following terms and conditions:

1. The sum of $9,297.09 ($8,697.09 post-petition arrearage (11/07-02/08 @ $1,766.19= $7,064.76; accrued late fees $170.43; escrow advance less suspense amount $1.32), $550.00 attorney's fees, and $150.00 court) shall be repaid through the Debtor's Chapter 13 Plan.

2. CitiMortgage is granted leave to file a proof of claim in the amount of $2,325.05.

3. Beginning with the August 2007 payment, and continuing the 1st day of each month thereafter, the Debtor(s) shall make timely monthly payments to CitiMortgage in accordance with the Court's order confirming the Debtor(s) Chapter 13 Plan and the agreements between the Debtor(s) and CitiMortgage.

4. The Debtor(s) shall otherwise comply with all terms and provisions of the Court's order confirming the Debtor's Chapter 13 Plan and agreements between the Debtor(s) and CitiMortgage.

5. If the Debtor(s) fails to comply with the conditions stated herein, CitiMortgage shall notify the Debtor(s) by sending the Debtor(s) and Debtor's attorney a fifteen (15) day notice of default. Should the Debtor(s) fail to cure the default within fifteen (15) days from the date of the letter, the automatic stay of 11 U.S.C. §362 shall automatically TERMINATE as it pertains to the Real Property and CitiMortgage shall be free to enforce any and all of its right, title, and interest in and to the Real Property in accordance with loan documentation between the parties and applicable law. CitiMortgage shall send said notice and Debtor(s) may cure said default on two (2) separate occasions only. Upon the third default of the Debtor(s) to timely remit the regular or arrearage payments referenced above, then the automatic stay 11 U.S.C. §362 shall automatically TERMINATE and CitiMortgage is authorized to immediately exercise all its rights under its mortgage without further order of this court. Debtor(s) shall be responsible for

attorney fees incurred for noncompliance with this Order including any fee for notices required pursuant to any order of this Court.

Dated:   March 14, 2008

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE